IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN ADMIRALTY

IN THE MATTER OF:

CASE NO.: 3:17-cv-00056-CVG-RM

THE COMPLAINT OF CARPE DIEM 1969
LLC, AS OWNER AND EAST END
WATERSPORTS, LTD., d/b/a NAUTI NYMPH
POWERBOAT RENTALS, AS OWNER *PRO
HAC VICE* OF THE *NAUTI NYMPH #54*
(hull identification number RJDU0003K112),
ITS ENGINES, TACKLE, APPURTENANCES,
EQUIPMENT, ETC., IN A CAUSE OF
EXONERATION FROM OR LIMITATION
OF LIABILITY,

Petitioners.
_____/

## NOTICE OF MONITION

LEGAL NOTICE FOR PUBLICATION. Notice is hereby given that Petitioners, CARPE DIEM
1969 LLC, as owner, and EAST END WATERSPORTS, LTD., d/b/a NAUTI NYMPH
POWERBOAT RENTALS ("Petitioners"), as owner *pro hac vice*, of the *NAUTI NYMPH #54*
(hull identification number RJDU0003K112) (the "Vessel"), has filed a Complaint pursuant to
Title 46, United States Code, Section 30501-30512, claiming the right to exoneration from or
limitation of liability for any and all claims allegedly resulting from property damage, personal
injuries or death which occurred on or about November 26, 2016, just off the coastline of St.
John in the territorial waters of the U.S. Virgin Islands as more fully set forth in the Complaint.
Any and all persons or corporations claiming damage for any and all losses, destruction or
damage arising from, or relating to, the matters set forth in the Complaint shall file their claims
with the Clerk, United States District Court for the District of the Virgin Islands, and serve on or
mail to Petitioners' attorneys, Hamilton, Miller & Birthisel, LLP, 100 South Ashley Drive, Suite
1210, Tampa, Florida 33602, Telephone: (813) 223-1900, Facsimile: (813) 223-1933, a copy
**on or before May 26, 2019**; any and all persons or corporations desiring to contest allegations
of the Complaint shall also file an answer in the United States District Court for the District of
the Virgin Islands and shall serve a copy thereof to the attorneys for Petitioners, **on or
before May 26, 2019. FAILURE TO TIMELY FILE A CLAIM AND/OR
ANSWER BY MAY 26, 2019 MAY RESULT IN THE WAIVER OF YOUR RIGHT
TO FILE A CLAIM AND/OR ANSWER.**

Dated:  March 25, 2019

Glenda L. Lake, Esq.,
Clerk of Court